IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAVUNTE COLLINS,<br>  Defendant. | CRIMINAL FILE NO.<br>1:14-CR-302-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 53] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence from Hotel Room [Doc. 18], denying in part and granting in part the Defendant's Motion to Suppress Evidence from 4439 CedarRidge Trail [Doc. 19], denying the Defendant's Motion to Suppress Out-of-Court Identifications [Doc. 20], and denying the Defendant's Motion to Dismiss Counts of the Indictment [Doc. 36]. The Defendant's Objections to the Report and Recommendation, are overruled for the reasons set out in the thorough and well-reasoned Report and Recommendation which is adopted as the judgment of the Court. The Defendant's Motion to Suppress Evidence from Hotel Room [Doc. 18] is DENIED. The Defendant's Motion to Suppress Evidence from 4439 CedarRidge Trail

[Doc. 19] is GRANTED in part and DENIED in part. The Defendant's Motion to Suppress Out-of-Court Identifications [Doc. 20] is DENIED. The Defendant's Motion to Dismiss Counts of the Indictment [Doc. 36] is DENIED.

SO ORDERED, this 22 day of April, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge